# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 21, 2021

Bridget M. McCormack,
Chief Justice

162739 & (21)(22)

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

*In re* MICHAEL EYDE TRUST.

_____

WILLIAM JOSEPH COSTELLO, Trustee of the
MICHAEL EYDE TRUST,
      Appellant,

v

RICHLAND ANIMAL RESCUE, INC., CAROL
PALINSKI HILDEBRAND, ELIZABETH DALY
UNIS, and JULIE BAKER,
      Appellees.

SC: 162739
COA: 356500
Clinton PC: 20-030844-TV

_____/

On order of the Court, the motion for immediate consideration of the motion for stay pending appeal is GRANTED. The application for leave to appeal the March 17, 2021 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motion for stay pending appeal is DENIED.





I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 21, 2021

p0421

Clerk